UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RECLAIM THE RECORDS et al.,

                       Plaintiffs,                  23 **CIVIL** 1471 (JMF)

      -against-                             **JUDGMENT**

UNITED STATES DEPARTMENT OF STATE,

                       Defendant.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 7, 2024, the Department's motion for summary judgment must be and is GRANTED, and Plaintiffs' cross-motion for summary judgment must be and is DENIED. Accordingly, the case is closed.

**Dated:** New York, New York

      August 8, 2024

                                                                       **DANIEL ORTIZ**
                                                          **Acting Clerk of Court**

                                  **BY:**      _____
                                                        **Deputy Clerk**