NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Reclaim the Records v. United States Department of State     Docket No.: 24-2387

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Joseph A. Pantoja, Assistant U.S. Attorney

Firm: United States Attorney's Office, Southern District of New York

Address: 86 Chambers Street, 3rd Floor, New York, NY 10007

Telephone: 212.637.2785     Fax: 212.637.2750

E-mail: joseph.pantoja@usdoj.gov

Appearance for: United States Department of State (Defendant - Appellee)
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Benjamin H. Torrance, Assistant U.S. Attorney )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 2024-01-31     OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Joseph A. Pantoja

Type or Print Name: Joseph A. Pantoja