# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Reclaim the Records v. U.S. Department of State      Docket No.: 24-2387

Lead Counsel of Record (name/firm) or Pro se Party (name): Benjamin H. Torrance / United States Attorney's Office, S.D.N.Y.

Appearance for (party/designation): United States Department of State / Defendant-Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
(  ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
(  ) Incorrect. The following parties do not wish to participate in this appeal:
        Parties: _____
(  ) Incorrect. Please change the following parties' designations:
        Party                                Correct Designation


**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
(  ) Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

## RELATED CASES

(✓) This case has not been before this Court previously.
(  ) This case has been before this Court previously. The short title, docket number, and citation are: _____

(  ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on January 3, 2020          OR that (  ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Benjamin H. Torrance
Type or Print Name: Benjamin H. Torrance
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
(  ) I am a pro se litigant who is not an attorney.
(  ) I am an incarcerated pro se litigant.