# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of September, two thousand twenty-four.

Reclaim the Records, Alec Ferretti,

    Plaintiffs-Appellants,

v.

United States Department of State,

    Defendant - Appellee.

**ORDER**
Docket No. 24-2387

A notice of appeal was filed on September 6, 2024. The Appellants' Form D due September 20, 2024 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective October 11, 2024 if the Form D is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

