**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: October 17, 2024
Docket #: 24-2387
Short Title: Reclaim the Records v. United States Department of State

DC Docket #: 1:23-cv-1471
DC Court: SDNY (NEW YORK CITY)
Trial Judge - Jesse M. Furman

# NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8525.