# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the      day of       , two thousand and       ,

_____

RECLAIM THE RECORDS and ALEC FERRETTI,

        Plaintiffs-Appellants,

    -against-

THE UNITED STATES DEPARTMENT OF STATE,

        Defendant-Appellee.

_____

**STIPULATION**
Docket Number: 24-2387

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn

with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: 10/24/2024

_____

Attorney for Appellants

David B. Rankin, Beldock Levine & Hoffman, LLP

_____

Print Name and Firm

Date: 10/25/2024

_____

Attorney for Appellee

Joseph Pantoja, AUSA; U.S. Attorney's Office

_____

Print Name and Firm