**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |

Date: October 28, 2024
Docket #: 24-2387
Short Title: Reclaim the Records v. United States Department of State

DC Docket #: 1:23-cv-1471
DC Court: SDNY (NEW YORK CITY)
Trial Judge - Jesse M. Furman

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8522.